B. A. WECHSLER CO., INC., Respondent, v. MAX G. COHEN, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

REBECCA SCHWEITZER, as Executrix, etc., of PETER J. SCHWEITZER, Deceased, Respondent, v. JAMES F. FARGO, as Treasurer, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

UNITED STATES HOFFMAN MACHINERY CORPORATION, Respondent, v. MANHATTAN LIFE INSURANCE COMPANY, Appellant, Impleaded, etc.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HERMAN BERKOVITZ and Another, Copartners, etc., Respondents, v. BOWRING & COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROBERT G. SPARROW, Respondent, v. JACK STEIN and Others, Defendants, Impleaded with LOUIS K. LIGGETT COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to serve an amended answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM M. GALIZIO, as Administrator, etc., of SAMUEL GALIZIO, Deceased, Appellant, v. FRANK A. HARRINGTON, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

TICE TOWING LINE, Respondent, v. WESTERN ASSURANCE COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BENJAMIN GOLDSTEIN, Appellant, v. ADOLPH M. FRIEND and Others, Defendants. OTTO S. FUERST, Respondent. BENJAMIN GOLDSTEIN, Appellant, v. ADOLPH M. FRIEND and Others, Defendants. OTTO S. FUERST, Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy and Martin, JJ.